IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : MAGISTRATE NO. 14-937: |
| v. | : |
| | : |
| RAYMOND LEE SAVILLE, JR. | : |

MEMORANDUM

Having ordered Mr. Saville's release by Amended Order entered yesterday, I explain my reasons for doing so. Mr. Saville was recently taken into custody based upon a warrant I issued in connection with his alleged violation of the terms of his probation. Following hearings before me last week and earlier this week, and based upon information communicated by counsel and the Probation Department as to his adjustment at the Federal Detention Center (FDC), it is clear that Mr. Saville is suffering the symptoms of his previously diagnosed psychiatric condition and is unstable and refusing to take his prescribed psychiatric medications. In an effort to reduce the time in which he is removed from the community, and in light of his access to treatment through the Veterans Administration (VA), efforts have been made to arrange for inpatient treatment through the VA. It has been represented that the VA is not able to evaluate Mr. Saville while he is in custody at the FDC. The challenge has been to make arrangements for his evaluation and treatment while safeguarding Mr. Saville and the community should he elect not to voluntarily remain in inpatient treatment. I have held at least two telephone conferences with counsel and the Probation Department, one of which took place yesterday and included VA personnel and addressed the competing issues raised in counsel's filings at Documents 42 and 43. The VA assured me that Mr. Saville, if determined to be appropriate for inpatient treatment and willing to cooperate with admission and treatment, will be received for such treatment in a locked

psychiatric unit either at the VA facility in Philadelphia or another mental health facility in the area. In light of that assurance I denied the government's request that Mr. Saville be committed to the Bureau of Prisons (BOP) for evaluation and treatment. I have included language in the Amended Order directing that, should Mr. Saville leave the hospital before being medically discharged, I will issue a warrant directing that he be arrested on the outstanding violation petition, at which point I will reconsider the government's request for assessment and treatment by the BOP.

June 10, 2015

BY THE COURT:

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE